IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SEAN KEIFER                                                                                                    PETITIONER

v.                                            3:25-cv-00081-JM-JJV

EDITH ELLIOT,
Sharp County Jail Administrator                                                                RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe.  No objections have been filed.  After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice and the requested relief is DENIED.

2. No certificate of appealability shall issue.

Dated this 10th day of June, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE