IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

SEAN KEIFER                                                                                          PETITIONER

v.                                            3:25-cv-00081-JM

EDITH ELLIOT,
Sharp County Jail Administrator                                                          RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

Dated this 10th day of June, 2025.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE